IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TIMOTHY WALTER MCCARRON, | Case No. 12-09361 |
| Debtor. | Hon. Janet S. Baer |

## NOTICE OF MOTION

To:    See Attached Service List

    PLEASE TAKE NOTICE that on **Monday, September 24, 2012, at 9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Janet S. Baer, Bankruptcy Judge, or such other judge as may be sitting in her place and stead, in Courtroom 615, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **FIRST AND FINAL APPLICATION OF ARNSTEIN& LEHR LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD MARCH 9, 2012 THROUGH AUGUST 21, 2012**, at which time and place you may appear as you see fit.

                    Respectfully submitted,

                    TIMOTHY WALTER MCCARRON,

                    By:    /s/ Miriam R. Stein
                        One of his attorneys

Miriam R. Stein (ARDC #06238163)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Telephone: 312.876.7100
Facsimile: 312.876.0288

## CERTIFICATE OF SERVICE

    I, Miriam R. Stein, an attorney, certify that I caused a copy of the attached Notice of Motion and Motion to be served on the parties listed on the attached Service List, via U.S. Mail with proper postage pre-paid and in addition to those parties receiving notification by participation in the Court's ECF system, as indicated on the attached Service List, on August 30, 2012.

                    /s/ Miriam R. Stein

## TIMOTHY WALTER McCARRON
## ECF SERVICE LIST

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Miriam R. Stein    mrstein@arnstein.com, jbmedziak@arnstein.com

Timothy Walter McCarron
210 E. Pearson Street, #2B
Chicago, IL  60611-2397

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TIMOTHY WALTER McCARRON, | Case No. 12-09361 |
| Debtor. | Hon. Janet S. Baer |

**FIRST AND FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT FOR EXPENSES FOR PERIOD MARCH 9, 2012 THROUGH AUGUST 21, 2012**

Arnstein & Lehr LLP ("A&L"), counsel for Timothy Walter McCarron, the reorganized debtor (the "Debtor"), pursuant to 11 U.S.C. §§ 327, 328, 330 and 331, applies to this Court for an entry of an order: (a) allowing as first and final compensation the amount of $33,152.95 for legal services rendered during the period March 9, 2012 through August 21, 2012 ("Application Period") and reimbursement to A&L in the amount of $482.37 in expenses; (b) authorizing A&L to apply retainer funds on hand to the allowed fees and expenses; and (c) authorizing the Debtor to pay the remainder of the allowed fees and expenses (the "Application"). In support thereof, A&L states respectfully as follows:

### BACKGROUND

1.  On March 9, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2.  For approximately thirty-five (35) years the Debtor has traded corn futures at the Chicago Board of Trade. The Debtor leases his seat at the Chicago Board of Trade and trades using his own money rather than working for a brokerage firm.

3.  In the time period from 2001-2007, Debtor became delinquent on his federal income taxes as the result of his wife's illness and later death in November 2003 and later due to the stock market crash in 2007. Since 2008, the Debtor has been current on all of his federal tax

obligations. In 2008, the Debtor attempted to undertake an Offer in Compromise with the Internal Revenue Service ("IRS"), however, based on the length of time that the process has taken to be completed, the Debtor's financial situation has worsened, and he was unable to pay back the IRS. His Offer in Compromise was rejected by the IRS in February 2012, and this bankruptcy filing ensued.

4.  On August 21, 2012, the Court entered an Order (the "Confirmation Order") confirming the First Amended Plan of Reorganization of Timothy Walter McCarron (the "Plan").

5.  A&L is holding a retainer in the amount of $16,499.00. A&L is requesting that it be authorized to apply the retainer, and that the Debtor be authorized to pay the remainder of the amount awarded in fees and expenses under this Application.

6.  A narrative summary of the services rendered by A&L during the Application Period is set forth below. Itemized and detailed descriptions of the specific services rendered by A&L to the Debtor during this period are reflected on the billing statements attached hereto as Exhibits A through G. The billing statements set forth the name of each attorney or paralegal, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

7.  The services rendered by A&L during the Application Period have been segregated into seven (7) categories as follows: (A) Case Administration; (B) Schedules and Statement of Financial Affairs; (C) Employment of Professionals; (D) Meeting of Creditors; (E) Plan/Disclosure Statement; (F) Claims Administration/Creditor Issues; and (G) Tax Issues. There is also an additional 'Expenses' category summarized in Exhibit H. The time expended by each billing professional is set forth below and summarized as follows:

| Attorney / Professional | Specialty | Hours | Hourly Rate[1] |
|---|---|---|---|
| Barry A. Chatz ("BAC") | Bankruptcy Partner | 1.00 | $565/hour |
| Kevin H. Morse ("KHM") | Bankruptcy Associate | 3.40 | $255/hour |
| Miriam R. Stein ("MRS") | Bankruptcy Partner | 66.30 | $412/hour |
| Brian P. Welch ("BPW") | Bankruptcy Associate | 6.05 | $251/hour |
| Theresia Wolf-McKenzie ("TWM") | Tax Partner | 0.40 | $276/hour |
| Robert E. McKenzie ("REM") | Tax Partner | 1.70 | $506/hour |
| Adam S. Fayne ("ASF") | Tax Partner | 1.30 | $298/hour |
| Becky L. Sutton ("BLS") | Bankruptcy Paralegal | 7.80 | $196/hour |
| | TOTAL: | 87.95 | |

8. The hourly rates listed above are customary and reasonable and are the same hourly rates charged to A&L's non-bankruptcy clients for various other matters. Further, A&L has voluntarily reduced the hourly rates in this case by 15%.

9. The fees sought by A&L in each of the aforesaid billing categories are summarized as follows:

| Exhibit | Title of Category | Hours | Amount Sought |
|---|---|---|---|
| A | Case Administration | 16.60 | $6,347.70 |
| B | Schedules and Statement of Financial Affairs | 13.50 | $3,726.20 |
| C | Employment of Professionals | 7.05 | $2,172.05 |
| D | Meeting of Creditors | 5.30 | $2,183.60 |
| E | Plan/Disclosure Statement | 33.40 | $13,877.30 |
| F | Claims Admin./Creditor Issues | 1.80 | $741.60 |
| G | Tax Issues | 10.30 | $4,104.50 |
| | TOTAL: | 87.95 | $33,152.95 |
| H | Expenses | | $482.37 |
| | TOTAL FEES AND EXPENSES | | $33,635.32 |

---

[1] The hour rates have been voluntarily reduced to reflect a 15% reduction.

McCarron – Final Fee Application     3

10. There has been no duplication of services, either by partners or associates of A&L. When two or more attorneys participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to strategize the matters at issue so that each attorney could perform further necessary work. Further, prior to the filing of this Application, A&L voluntarily wrote off approximately $4,000.00 in time.

11. The foregoing tasks performed by A&L are divided in each of the listed categories and are summarized as follows:

> **EXHIBIT A – General Case Administration:** This category includes the following: attendance at court hearings and all general court motions, communications and conferences with the Debtor; preparation of the Debtor's monthly operating reports and communications with the U.S. Trustee ("UST") regarding same. A&L spent 16.60 hours of attorney and paralegal time on the foregoing services, as is more fully described in Exhibit A. Said services have a value of $6,347.70 for which A&L is seeking compensation.

| Case Administration | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BAC | Bankruptcy Partner | 0.30 | $169.50 |
| BPW | Bankruptcy Associate | 0.90 | $225.90 |
| KHM | Bankruptcy Associate | 2.50 | $637.50 |
| MRS | Bankruptcy Partner | 12.90 | $5,314.80 |
| **Total** | | **16.60** | **$6,347.70** |

> **EXHIBIT B – Schedules and Statement of Financial Affairs:** This category includes all work performed in completing the Debtor's schedules and statement of financial affairs. A&L spent 13.50 hours of attorney and paralegal time on the foregoing services, as is more fully described in Exhibit B. Said services have a value of $3,726.20 for which A&L is seeking compensation.

| Schedules and SOFA | | | |
|---|---|---|---|
| Professional | Position | Hours | Compensation Sought |
| BLS | Bankruptcy Paralegal | 7.80 | $1,528.80 |
| BPW | Bankruptcy Associate | 0.60 | $150.60 |
| TWM | Tax Partner | 0.40 | $110.40 |
| MRS | Bankruptcy Partner | 4.70 | $1,936.40 |
| Total | | 13.50 | $3,726.20 |

**EXHIBIT C - Employment of Professionals:** This category includes all work relating to retention of A&L as bankruptcy counsel and the retention of an accountant. A&L spent 7.05 hours of attorney and paralegal time on the foregoing services, as is more fully described in Exhibit C. Said services have a value of $2,172.05 for which A&L is seeking compensation.

| Employment of Professionals | | | |
|---|---|---|---|
| Professional | Position | Hours | Compensation Sought |
| BPW | Bankruptcy Associate | 4.55 | $1,142.05 |
| MRS | Partner | 2.50 | $1,030.00 |
| Total | | 7.05 | $2,172.05 |

**EXHIBIT D – Meeting of Creditors:** This category includes all work relating to preparation for and attendance at the initial debtor interview and the meeting of creditors. A&L spent 5.30 hours of attorney and paralegal time on the foregoing services, as is more fully described in Exhibit D. Said services have a value of $2,183.60 for which A&L is seeking compensation.

| Meeting of Creditors | | | |
|---|---|---|---|
| Professional | Position | Hours | Compensation Sought |
| MRS | Partner | 5.30 | $2,183.60 |
| Total | | 5.30 | $2,183.60 |

**EXHIBIT E -- Plan of Reorganization / Disclosure Statement:** This category includes all work performed in drafting, filing and confirming the Plan, in addressing issues relating to balloting due to a rejecting vote which was withdrawn, and in negotiating the terms of the Plan with the taxing authorities. A&L spent 33.40 hours of attorney time on

the foregoing services, as is more fully described in Exhibit E. Said services have a value of $13,877.30 for which A&L is seeking compensation.

| Plan of Reorganization / Disclosure Statement ||||
|---|---|---|---|
| Professional | Position | Hours | Compensation Sought |
| BAC | Partner | 0.70 | $395.50 |
| REM | Tax Partner | 0.10 | $50.60 |
| MRS | Partner | 32.60 | $13,431.20 |
| Total | | 33.40 | $13,877.30 |

**EXHIBIT F – Claims Administration and Creditor Issues:** This category includes review of all pending claims, preparing an objection to the secured claim of the IRS, and negotiation with the IRS regarding the claim objection. A&L spent 1.80 hours of attorney time on the foregoing services, as is more fully described in Exhibit F. Said services have a value of $741.60 for which A&L is seeking compensation.

| Claims Administration and Creditor Issues ||||
|---|---|---|---|
| Professional | Position | Hours | Compensation Sought |
| MRS | Partner | 1.80 | 741.60 |
| Total | | 1.80 | 741.60 |

**Exhibit G – Tax Issues:** This category includes all work relating to the claims of the IRS and the IDR including further work on the IRS claim objection and discussing terms of payment with the IRS. A&L spent 10.30 hours of attorney time on the foregoing services, as is more fully described in Exhibit G. Said services have a value of $4,104.50, for which A&L seeks compensation.

| Tax Issues ||||
|---|---|---|---|
| Professional | Position | Hours | Compensation Sought |
| KHM | Associate | 0.90 | $229.50 |
| MRS | Partner | 6.50 | $2,678.00 |
| ASF | Tax Partner | 1.30 | $387.40 |
| REM | Tax Partner | 1.60 | 809.60 |
| Total | | 10.30 | 4,104.50 |

**Exhibit H – Expenses:** Exhibit I lists expenses, such as copying costs at 10¢ per page, appearance fee and special delivery charges. A&L has voluntarily reduced its copying charges from $.20 per page to $.10 per page. A&L seeks $482.37 in expenses.

12. A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.

13. A&L expended a total of 87.95 hours for the services provided to the Debtor during the Application Period. Based on the hourly charges of A&L set forth above, A&L requests that the Court determine and allow it on a final basis $33,152.95 as compensation and $482.37 for the reimbursement of reasonable out-of-pocket expenses pursuant to Section 330 of the Bankruptcy Code.

14. A copy of the Application has been sent to the Debtor and all parties receiving notice by the Court's ECF system, including the United States Trustee. Notice of the Application and hearing date has been sent to all creditors of the estate and all parties entitled to notice.

WHEREFORE, Barry A. Chatz, Miriam R. Stein and the law firm of Arnstein & Lehr LLP, respectfully request that the Court enter an Order:

A. Awarding A&L the amount of $33,152.95 as final compensation and $482.37 in reimbursement of expenses for the period of March 9, 2012 through August 21, 2012 as set forth herein pursuant to Bankruptcy Code Section 330;

B. Authorizing A&L to apply the retainer on hand to the fees and expenses allowed;

C. Authorizing the Debtor to pay the remainder of the fees and expenses allowed; and

    D.    Granting such other and further relief as the Court deems just and proper.

                              ARNSTEIN & LEHR LLP

                By:   /s/ Miriam R. Stein
                        One of its Attorneys
Miriam R. Stein (#06238163)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

10332230.1

McCarron – Final Fee Application                    8