IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TIMOTHY WALTER McCARRON | ) | Case No. 12-09361 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |
| | ) | |
| | ) | |

## FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE

This matter coming before the Court on the Motion of TIMOTHY WALTER McCARRON, the reorganized debtor (the "Debtor") for Final Decree and to Close Bankruptcy Case ("Motion"). Based upon review and consideration, the Court finds that (1) notice of the Motion was adequate and appropriate under the circumstances and no other notice need be given; (2) the Debtor's confirmed First Amended Plan of Reorganization (the "Plan") has been substantially consummated; and (3) other good and sufficient cause exists for granting the relief requested in the Motion.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Pursuant to Bankruptcy Code section 350(a), the case of *In re Timothy Walter McCarron*, Case No. 12-09361 (the "Bankruptcy Case") is CLOSED effective upon entry of this Final Decree and Order.

3. Notwithstanding this Final Decree and Order and the closing of the Bankruptcy Case:

1

(a) The Debtor shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan and the Order confirming the Plan (the "Confirmation Order").

(b) This Court shall retain jurisdiction in accordance with the Confirmation Order and the Plan.

(c) The Debtor is required to pay all outstanding U.S. Trustee quarterly fees owed by the Debtor pursuant to 28 U.S.C. §1930 through and including the entry of this Final Decree.

(d) Pursuant to 11 U.S.C. §1141(d)(5), the Debtor shall not receive a discharge of his debts unless and until, after notice and a hearing, this Court grants a discharge either (i) upon completion of all payments under the Plan pursuant to 11 U.S.C. §1141(d)(5)(A) or (ii) prior to completion of all payments under the Plan if the Debtor meets the requirements under 1141(d)(5)(B). In order to obtain a discharge, the Debtor will need to reopen the Bankruptcy Case.

4. The Debtor shall serve a copy of this Order on all of his known creditors within seven (7) days of the entry of this Order.

Dated: Sept 28, 2012         ENTERED:

_____
U.S. Bankruptcy Judge