UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TIMOTHY WALTER McCARRON, | Case No. 12-09361 |
| Debtor. | Hon. Janet S. Baer |

### CERTIFICATE OF SERVICE

I, Miriam R. Stein, an attorney, hereby certify that I caused the following document to be served on September 28, 2012:

(1)   Final Decree and Order Closing Bankruptcy Case

A copy of the Mail Service List is attached hereto.

Dated: September 28, 2012

/s/ Miriam R. Stein

Miriam R. Stein (6238163)
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100
Fax: (312) 876-0288
www.arnstein.com

Timothy McCarron
210 E. Pearson Street, #2B
Chicago, IL  60611-2397

Partrick S. Layng
Office of the U.S. Trustee
Region 11
219 S. Dearborn Street, Room 873
Chicago, IL  60604

Chase United Visa Card
P.O. Box 15153
Wilmington, DE  19886-5153

Citi Mastercard
P.O. Box 6000
The Lakes, NV  89163-0001

Discover Card
P.O. Box 30420
Salt Lake City, UT  84130-0420

Donna Schultz
358C Cedar Ridge
Barrington, IL  60010-6214

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA  50306-0335

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA  19104-5016

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street, Suite 2300
Chicago, IL  60606

Associate Area Counsel SB/SE
200 W. Adams Street, Suite 2300
Chicago, IL  60606

Joel Nathan
United States Attorney
219 S. Dearborn Street
Chicago, IL  60604

D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55 – Ben Franklin Station
Washington, DC  20044

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL  60664-0338

Discover Bank
DB Servicing Corporation
P.O. Box 3025
New Albany, OH  43054-3025

Deutsche Bank National Trust Co.
c/o Ira T. Nevel
175 N. Franklin, Suite 201
Chicago, IL  60606-1847

Northwestern Skin Cancer Institute
737 N. Michigan Avenue
Suite 2310
Chicago, IL  60611-2635

Quantum3 Group LLC as agent for
Capio Partners LLC
P.O. Box 788
Kirkland, WA  98083-9788

Sarah McCarron
210 E. Pearson Street, #2B
Chicago, IL  60611-2397

Wells Fargo Bank, NA
HSBC Bank USA NA
Attn:  Bankruptcy Department
3476 Stateview Boulevard
MAC d3347-014
Fort Mill, SC  29715-7203